IN THE MATTER OF THE CLAIM OF
ESTATE OF BRADLEY MARC GINSBURG

AGAINST

THE CITY OF ITHACA, NY

TO: CITY OF ITHACA
by Daniel Hoffman
City of Ithaca Attorney
City Hall
108 East Green Street
Ithaca, NY 14850

PLEASE TAKE NOTICE that the undersigned claimant makes claim and demand against the City of Ithaca, as follows:

1. The name and address of the claimant is:

    Estate of Bradley Marc Ginsburg, by Howard I. Ginsburg, as Administrator, residing at 21175 Falls Ridge Way, Boca Raton, FL 33428;

    The claimant's attorney is:

    Leland T. Williams, Esq., 95 Allens Creek Road, Building 1, Suite 107, Rochester, NY 14618

2. The nature of the claim:

    Premises liability and negligence resulting from suicide fall from Thurston Avenue bridge, owned by the City of Ithaca.

3. The time when, the place where and the manner in which the claim arose:

    On or about February 17, 2010, on the Thurston Avenue bridge, maintained and owned by the City of Ithaca, County of Tompkins and State of New York;

    On or about that date and at that time, the decedent jumped to his death in the gorge below.

    The City of Ithaca, its agents, servants, and/or employees were negligent, careless and reckless in failing to provide for safety and protection for vulnerable individuals.

4.  The items of damage and injury claimed to have been sustained is the death of Bradley Marc Ginsburg, pre-impact terror, pain and suffering, pecuniary damage, punitive damages and funeral expense.

PLEASE TAKE FURTHER NOTICE that the claimant presents this claim for adjustment and payment and notifies you that unless this claim is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

Dated:   Rochester, New York
         May 6, 2011

                              Respectfully yours,

                              _____
                              LELAND T. WILLIAMS, ESQ.
                              Attorney for Claimant
                              95 Allens Creek Road
                              Building 1, Suite 107
                              Rochester, New York 14618
                              Telephone: (585) 292-1110


                         VERIFICATION

STATE OF NEW YORK)
COUNTY OF MONROE )  ss.:

LELAND T. WILLIAMS, ESQ., being duly sworn, states that he is the attorney for the claimant in this action and that the foregoing Notice of Claim is true to his knowledge, except as to those matters therein stated on information and belief and as to those matters he believes it to be true; that the grounds of his belief as to all matters not stated upon his knowledge are correspondence and other writings furnished to him by claimant and interviews with claimant and that the reason why the verification is not made by claimant Howard I. Ginsburg is that he resides outside the county, and state, in which this attorney maintains his office.

                              _____
                              LELAND T. WILLIAMS