5:11-CV-1374



**Ginsburg v. Cornell & the City of Ithaca-- Plaintiff Accepts Cornell Settlement**
Howgins1    to: nicholas_Mangold                                    09/09/2014 06:17 PM
Cc: kfm, nelson.e.roth, vlc1, jfellows

From:    Howgins1@aol.com
To:      nicholas_Mangold@nynd.uscourts.gov
Cc:      kfm@mccallionlaw.com, nelson.e.roth@cornell.edu, vlc1@cornell.edu, jfellows@bsk.com

Nick

Please advise Judge Hurd that plaintiff accepts Cornell's settlement offer.


Thank you.

Best Regards,

Howard

Howard Ginsburg, Esq., MBA
21175 Falls Ridge Way
Boca Raton, FL 33428
Office--561-852-1140
Cell-- 561-212-2269
Fax-- 561-883-5754
E-Mail--howgins1@aol.com
Commercial Real Estate Development & Brokerage



U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
SEP 10 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica