5:11cv1374



**Fwd: Activity in Case 5:11-cv-01374-DNH-DEP Ginsburg v. City of Ithaca et al ...**

Howgins1        to: nicholas_Mangold                                    09/10/2014 12:05 PM
Cc: kfm, nelson.e.roth, vlc1, pdevine, ptwichel

| | |
|---|---|
| From: | Howgins1@aol.com |
| To: | nicholas_Mangold@nynd.uscourts.gov |
| Cc: | kfm@mccallionlaw.com, nelson.e.roth@cornell.edu, vlc1@cornell.edu, pdevine@goldbergsegalla.com, ptwichel@travelers.com |
| History: | This message has been forwarded. |

Nick



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP 10 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica

I hereby accept the City's offer of $100,000.

Best Regards,

Howard

Howard Ginsburg, Esq., MBA
21175 Falls Ridge Way
Boca Raton, FL 33428
Office--561-852-1140
Cell-- 561-212-2269
Fax-- 561-883-5754
E-Mail--howgins1@aol.com
Commercial Real Estate Development & Brokerage

From: ecf.notification@nynd.uscourts.gov
To: NYND_ECFQC@nynd.uscourts.gov
Sent: 9/10/2014 10:45:29 A.M. Eastern Daylight Time
Subj: Activity in Case 5:11-cv-01374-DNH-DEP Ginsburg v. City of Ithaca et al Letter Request/Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of New York - Main Office (Syracuse) [LIVE - Version 6.1]

Notice of Electronic Filing

The following transaction was entered by McCallion, Kenneth on 9/10/2014 at 10:43 AM EDT and filed on