

300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
t. 607.255.5124
f. 607.255.2794
*(not for service of pleadings)*

**VIA ECF**  September 17, 2014

Honorable David N. Hurd
United States District Court, Northern District of New York
10 Broad Street
Utica, New York  13501

Re:  GINSBURG, HOWARD I., AS ADMINISTRATOR OF THE ESTATE OF BRADLEY MARC GINSBURG, DECEASED v. THE CITY OF ITHACA and CORNELL UNIVERSITY
United States District Court for the Northern District of New York
Civil Action No. 5:11-cv-1374 (DNH-DEP)

Dear Judge Hurd:

Pursuant to the Court's September 10, 2014 Order (Docket No. 189) requiring executed Stipulations of Discontinuance to be filed by noon today, I write to inform the Court that the parties have been negotiating in good faith to reach final terms and we anticipate being able to file a Stipulation of Settlement and Dismissal of Action between plaintiff and defendant Cornell University by close of business on September 18, 2014.  Thank you for your patience as we resolve the final details.

Respectfully submitted,

Valerie Cross Dorn
Counsel for Cornell University
Bar Roll No. 505158

cc: via ECF to all parties